GEORGE E. PAYNE, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs without receding from the views prompting dissent in *Payne* v. *City of New York* (230 App. Div. 734); Carswell, J., dissents.

GABRIELE PERILLO, Appellant, v. GIULIO ZUNINO, Respondent.*— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for judgment for the sum of $2,770 and interest granted, with ten dollars costs. In our opinion the amended answer fails to state facts constituting a defense to the plaintiff's cause of action. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SAMUEL BASEWICH, Respondent.— Order of the County Court of Orange county dismissing indictment affirmed. There should be a clear presentation to a new grand jury in accordance with the permission granted in the order if legal evidence of any crime committed by the defendant be available. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BLAKE, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCANGELO CAPPUCIO, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUTHERFORD CRAWFORD, Appellant.—Appeal from order of the County Court of Suffolk county dismissed. This court is without jurisdiction to entertain this appeal. (*People* v. *Trezza*, 128 N. Y. 529; Code Crim. Proc. § 517.) █ Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL DOMIN, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent as to the judgment of conviction on the first count stated in the indictment upon the ground that the People failed to prove the negligence of defendant beyond a reasonable doubt, but concur as to the judgment of conviction on the second, or misdemeanor, count.